

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2023
```

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES R. MURRAY**
*Assistant Corporation Counsel*
Phone: (212) 356-2372
Fax: (212) 356-3509
jamurray@law.nyc.gov

March 8, 2023

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Jose Joseph v. City of New York, et al.* 22 Civ. 9670 (LAK) (SDA)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for Defendants City of New York, Alexander L. Shopiro, Saher Y. Abumalouh, Michael J. McDermott, Michel T. Brosnan, and Marlon O. Larin in the above-referenced matter.  Defendants respectfully write, with Plaintiff's consent, to request that the Court adjourn the initial conference currently scheduled for April 10, 2023.

On November 12, 2022, Plaintiff filed the Complaint, which asserts claims for, among other things, false arrest and malicious prosecution.  ECF No. 1.  Defendants answered the Complaint on March 6, 2023 and, the following day, the Court scheduled a telephonic initial conference for April 10, 2023 at 10:30 am.  ECF Nos. 19 and 22.  Defendants respectfully request that the Court adjourn the initial conference until the week of April 17, 2023, as defense counsel will be conducting a trial before the Honorable John G. Koeltl in the matter of *Khan v. City of New York, et al.*, 19 Civ. 0104 (JGK) (SN) beginning on April 10, 2023.  The parties in *Khan* have been instructed to be ready for trial on 72 hours' notice starting April 10, 2023.  The parties respectfully propose April 18, 19, or 21, 2023 at 10:30 am as alternative dates to hold the initial conference.

Thank you for your consideration herein.

Respectfully submitted,

*James R. Murray   s/*
James R. Murray
Assistant Corporation Counsel
New York City Law Department

2

100 Church Street, Room 3-183  
New York, New York 10007  
(212) 356-2372  
jamurray@law.nyc.gov

CC: **BY ECF**  
*All counsel of record*

ENDORSEMENT: The conference scheduled for Monday, April 10, 2023, at 10:30 a.m. is adjourned. An Initial Pretrial Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure will be held on Friday, April 21, 2023, at 10:30 a.m. The conference shall be conducted by telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.  
Dated: March 9, 2023

*Stuart D. Aaron*