**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE J. JOSEPH,

                Plaintiff,                22 **CIVIL** 9670 (LAK)

     -v-                              **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 4, 2024, Defendants' motion for judgment on the pleadings is granted and the case dismissed.

**Dated:**  New York, New York

     March 4, 2024

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                         **BY:** _____
                                                 **Deputy Clerk**